Docusign Envelope ID: 877A0D95-499A-4B0B-A256-1079C4C25FB5

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court  for the: |
| Southern _____  District of  Florida _____ <br> (State) |
| Case number (*If known*): _____   Chapter __7__ |

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
| --- | --- |

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☐ Chapter 11

| Part 2: | Identify the Debtor |
| --- | --- |

**2. Debtor's name**

ECom Authority, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____

_____

_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

8 6 – 2 2 4 2 6 8 5
EIN

**5. Debtor's address**

**Principal place of business**

12301 N.W. 112th Avenue
Number       Street

_____

Medley                    FL        33178
City                        State    ZIP Code

Miami-Dade county
County

**Mailing address, if different**

_____
Number       Street

_____
P.O. Box

_____
City                         State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____
City                         State    ZIP Code

Debtor  **ECom Authority, LLC**
Name                                                                          Case number *(if known)*

| 6. | **Debtor's website** (URL) | www.ecomauthority.com |

| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor_____  Relationship _____ |
| | | District_____ Date filed _____  Case number, if known_____ |
| | |                                        MM / DD / YYYY |
| | | Debtor_____  Relationship _____ |
| | | District_____ Date filed _____  Case number, if known_____ |
| | |                                        MM / DD / YYYY |

---

**Part 3:    Report About the Case**

| 10. | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked:* |
| | | ☐ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor **ECom Authority, LLC**
Name

Case number *(if known)*_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Brian Devinney | Breach of Contract | $ 50,000.00 |
| | Curtis Barrett | Breach of Contract | $ 23,333.34 |
| | Jennifer Pollak | Breach of Contract | $ 30,943.46 |
| | ~~Trent G. Braden~~ | ~~Breach of Contract~~ | |
| | Austin Collins | Breach of Contract | $ 40,000.00 |
| | | | $ 5,360.00 |
| | | Total of petitioners' claims | $ 149,636.80 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

Austin Collins
Name

104 Checkerberry Rd.
Number    Street

Oak Ridge        TN        37830
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
Signed by: MM / DD / YYYY

✗ *Austin Collins*
CA9E895DE1A0462...
Signature of petitioner or representative, including representative's title

Patricia A. Redmond, Esq.
Printed name

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Firm name, if any

150 West Flagler Street, Suite 2200
Number    Street

Miami            FL        33130
City              State     ZIP Code

Contact phone 305-789-3553    Email predmond@stearnsweaver.com

Bar number 303739

State Florida

✗ /s/ Patricia A. Redmond, Esq.
Signature of attorney  FL Bar No. 303739

Date signed  7-9-25
MM / DD / YYYY

Debtor  ECom Authority, LLC
_____
Name

Case number (if known)_____

---

**Name and mailing address of petitioner**

Curtis Barrett
_____
Name

9027 E Hobart St.
_____
Number    Street

Mesa                    AZ        85207
_____
City                    State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                    State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY
DocuSigned by:

**✗** *Curtis Barrett*
_____
D5D2FDAD9A5849B...
Signature of petitioner or representative, including representative's title

Patricia A. Redmond, Esq.
_____
Printed name

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
_____
Firm name, if any

150 West Flagler Street, Suite 2200
_____
Number    Street

Miami                   FL        33130
_____
City                    State     ZIP Code

Contact phone 305-789-3553    Email predmond@stearnsweaver.com

Bar number    303739
_____

State         Florida
_____

**✗  /s/ Patricia A. Redmond, Esq.**
_____
Signature of attorney  FL Bar No. 303739

Date signed   7-9-25
_____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Brian Devinney
_____
Name

103 Ravenhill Rd.
_____
Number    Street

Phoenixville            PA        19460
_____
City                    State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                    State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
Signed by     MM / DD / YYYY

**✗** *Brian M. Devinney*
_____
81D5ABF2A8A04AB...
Signature of petitioner or representative, Including representative's title

Patricia A. Redmond, Esq.
_____
Printed name

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
_____
Firm name, if any

150 West Flagler Street, Suite 2200
_____
Number    Street

Miami                   FL        33130
_____
City                    State     ZIP Code

Contact phone 305-789-3553    Email predmond@stearnsweaver.com

Bar number    303739
_____

State         Florida
_____

**✗  /s/ Patricia A. Redmond, Esq.**
_____
Signature of attorney  FL Bar No. 303739

Date signed   7-9-25
_____
              MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor _____    Case number (if known) _____
          Name

**Name and mailing address of petitioner**

Jennifer Pollak
Name

1668 Glider Ct.
Number    Street

Thousand Oaks          CA          91320
City                   State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                   State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            Signed by MM / DD / YYYY

✗ [signature]
   B20F9EF6BF7D4E9...
Signature of petitioner or representative, including representative's title

---

Patricia A. Redmond, Esq.
Printed name

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Firm name, if any

150 West Flagler Street, Suite 2200
Number    Street

Miami                          FL          33130
City                           State       ZIP Code
                                       predmond@stearnsweaver.com

Contact phone  305-789-3553   Email _____

Bar number          303739
          _____

State               Florida
          _____

✗ /s/ Patricia A. Redmond, Esq.
_____
Signature of attorney  FL Bar No. 303739

Date signed         7-9-25
            _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Trent G. Braden
Name

714 NE 17th St.
Number    Street

Oklahoma City          OK          73105
City                   State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                   State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            DocuSigned by: MM / DD / YYYY

✗ Trent G. Braden
   E8598F0FC6F74FA...
Signature of petitioner or representative, including representative's title

---

Patricia A. Redmond, Esq.
Printed name

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Firm name, if any

150 West Flagler Street, Suite 2200
Number    Street

Miami                          FL          33130
City                           State       ZIP Code

Contact phone 305-789-3553    Email predmond@
                                    stearnsweaver.com

Bar number          303739

State               Florida

✗ /s/ Patricia A. Redmond, Esq.
_____
Signature of attorney  FL Bar No. 303739

Date signed         7-9-25
            _____
            MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4