UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ECOM AUTHORITY, LLC,                          Case No.: 25-17808-LMI
                                              Involuntary Chapter 7

      Alleged Debtor.

_____/

**JOINDER OF I2IT, LLC TO ASSIGNEE'S JOINDER TO ALLEGED DEBTOR'S MOTION TO DISMISS INVOLUNTARY PETITION OR, ALTERNATIVELY, FOR ABSTENTION**

*Hearing date: August 25, 2025 at 11:00 a.m.*

     I2IT, LLC, doing business as BWC Ecom, by its undersigned counsel, respectfully files its *Joinder to Assignee's Joinder to Alleged Debtor's Motion to Dismiss Involuntary Petition or, Alternatively, For Abstention* (ECF nos. 9 and 16) to avoid duplicative pleadings and simply adopt, as if set forth in full herein, the objections made therein.

     In addition, I2IT, LLC supplements its joinder with the following:

1.     Between November, 2024 and May, 2025, it invested, loaned or advanced approximately $368,000 (net of credits) including $250,000 as recently as May 9, 2025 with the alleged debtor, with no recovery.

     **WHEREFORE**, I2IT, LLC, requests that the Court grant the motion to dismiss or abstain.

     Dated: August 19, 2025

                    Respectfully submitted,

                    **SHAPIRO LAW**

                    By: */s/ Peter E. Shapiro*
                    Peter E. Shapiro
                    Florida Bar No.: 615511
                    8551 West Sunrise Boulevard
                    Suite 300
                    Plantation, Florida  33322
                    T:  954-315-1157 | F:  954-742-9971
                    Email:  pshapiro@shapirolawpa.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 19, 2025, a true and correct copy of the foregoing was filed using the Court's CM/ECF Noticing System which will send electronic notice to all registered CM/ECF participants and Local Rule 1007-2 Parties in Interest.

<u>*/s/ Peter E. Shapiro*</u>
Peter E. Shapiro