**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                                                  Chapter 7

ECOM Authority, LLC,

                                                                        Case No. 25-17808-LMI

    Debtor.

_____/

### NOTICE OF SUBSTITUTION OF PETITIONING CREDITOR

Petitioning Creditor, Brian Devinney, by and through his undersigned counsel hereby files this Notice of Substitution of Petitioning Creditor.  Petitioning Creditor, Brian Devinney inadvertently named himself as Petitioning Creditor instead of DeVine Commerce LLC.

Dated: August 18, 2025.

Respectfully submitted,

**Patricia A. Redmond, Esq.**
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3553

By: *s/ Patricia A. Redmond*
    Patricia A. Redmond
    Florida Bar No. 303739
    predmond@stearnsweaver.com

*Counsel to Petitioning Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 19th h day of August, 2025, via the Court's CM/ECF system.


By: *s/ Patricia A. Redmond*
Patricia A. Redmond