UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No. 25-17808-LMI
                                                                Involuntary Chapter 7
ECOM AUTHORITY, LLC,

    Alleged Debtor.

_____/

### ASSIGNEE PHILIP VON KAHLE'S NOTICE OF FILING

Interested party Philip J. von Kahle as Assignee in the Assignment for the Benefit of Creditors of Ecom Authority, LLC ("Assignee") gives notice of filing the attached Affidavits of Service evidencing that the (1) *Alleged Debtor's Motion to Dismiss Involuntary Petition or Alternatively, for Abstention* [ECF No. 9] and (2) *Assignee's Joinder to Alleged Debtor's Motion to Dismiss Involuntary Petition or Alternatively, for Abstention* [ECF No. 16] were electronically served upon all scheduled creditors, interested parties, and appearances in the Assignment Estate.

Dated: August 22, 2025        PHANG & FELDMAN, P.A.
                              2 S. Biscayne Boulevard, Suite 1600
                              One Biscayne Tower
                              Miami, Florida 33131
                              Telephone: (305) 614-1223
                              eMail: service@katiephang.com

                          By:     */s/ Jonathan S. Feldman*
                                  Jonathan S. Feldman (12682)
                                  feldman@katiephang.com
                                  Kathleen S. Phang (348650)
                                  katie@katiephang.com

                          *Attorneys for Philip von Kahle as Assignee*
                          *in the Assignment for Benefit of Creditors*
                          *of ECOM Authority, LLC*



## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 22, 2025, a true and correct copy of the foregoing was served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to all parties registered to receive electronic filings in this case, including counsel for the Petitioning Creditors, all appearances, and the Office of the United States Trustee.

By:　*/s/ Jonathan S. Feldman*
　　　Jonathan S. Feldman (12682)

Phang Feldman

**One Biscayne Tower | Suite 1600 | 2 S. Biscayne Boulevard | Miami, FL 33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2025-010807-CA-01 (44)

COMPLEX BUSINESS LITIGATION DIVISION

IN RE:

ECOM AUTHORITY, LLC, a Florida
limited liability company,

      Assignor,

To:

PHILIP J. VON KAHLE,

      Assignee.

_____/

## <u>NOTICE OF FILING AFFIDAVITS OF SERVICE</u>

Philip J. von Kahle as Assignee of the Assignment for Benefit of Creditors of ECOM AUTHORITY, LLC files the attached Affidavits evidencing service on August 11 and 12, 2025, upon all creditors and interested parties scheduled in the Assignment and on the attached Service List.

Respectfully submitted August 12, 2025.

**PHANG & FELDMAN, P.A.**
*Counsel for Assignee, Philip von Kahle*
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 614-1223
Fax: (305) 614-1187
Email: service@katiephang.com

By:   */s/ Jonathan S. Feldman* _____
      JONATHAN S. FELDMAN, ESQ.
      Florida Bar No. 12682
      E-mail: feldman@katiephang.com



Phang Feldman

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 12, 2025, a true and correct copy of the foregoing was filed electronically through the Florida Court's E-Filing Portal, which will, in turn, send a notice of electronic filing to all Counsel of Record.

By: ___*/s/ Jonathan S. Feldman*___
JONATHAN FELDMAN, ESQ.
Florida Bar No. 12682

**Phang Feldman**

**One Biscayne Tower | Suite 1600 | 2 S. Biscayne Boulevard | Miami, FL 33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

**AFFIDAVIT**

STATE OF FLORIDA      )
COUNTY OF BROWARD    )

       NOW COMES, Elisa Patente, who being duly sworn, deposes and says:

On August 11, 2025 in the normal course of my duties as an employee of Michael Moecker & Associates, I served the following documents: **ORDER SETTING CASE MANAGEMENT CONFERENCE; ALLEGED DEBTOR ECOM AUTHORITY, LLC'S MOTION TO DISMISS INVOLUNTARY PETITION OR ALTERNATIVELY, FOR ABSTENTION,** with respect to the Assignment Proceeding Entitled <u>Ecom Authority, LLC,</u> to <u>Philip J. Von Kahle</u> Assignee by electronic mail or depositing same in a U.S. Mail depository, enclosed in a postpaid, envelope addressed to the parties listed on the annexed Schedule.

FURTHER AFFIANT SAYETH NAUGHT

_____

Elisa Patente

SWORN TO and subscribed before me
by means of physical presence
this 11th day of August 2025

_____
Notary Public, State of Florida at Large

Notary Public State of Florida
Selene Lisa Tovar
My Commission HH 458610
Expires 10/25/2027

MY COMMISSION EXPIRES
(NOTARY SEAL)

**AFFIDAVIT**

STATE OF FLORIDA           )
COUNTY OF BROWARD     )

NOW COMES, Elisa Patente, who being duly sworn, deposes and says:

On August 12, 2025 in the normal course of my duties as an employee of Michael Moecker & Associates, I served the following document: **INITIAL CASE MANAGEMENT REPORT,** with respect to the Assignment Proceeding Entitled Ecom Authority, LLC, to Philip J. Von Kahle Assignee by electronic mail or depositing same in a U.S. Mail depository, enclosed in a postpaid, envelope addressed to the parties listed on the annexed Schedule.

FURTHER AFFIANT SAYETH NAUGHT

_____
Elisa Patente

SWORN TO and subscribed before me
by means of physical presence
this 12th day of August 2025

_____
Notary Public, State of Florida at Large

EULALIA SERPA RODRIGUEZ
MY COMMISSION # HH 336858
EXPIRES: February 26, 2027

MY COMMISSION EXPIRES
(NOTARY SEAL)

Mailings:

| | | |
|---|---|---|
| NT LEGAL<br>c/o NIMA TAHMASSEBI<br>2121 SW 3RD AVE<br>STE 201<br>MIAMI, FL 33129 | MIAMI DADE COUNTY TAX COLLECTOR<br>11 NW 1ST ST<br>26TH FLOOR<br>MIAMI, FL 33128 | INSOLVENCY UNIT<br>District Dir. Of IRS CHIEF (SPF)-Mstop 57<br>400 W. BAY STREET<br>JACKSONVILLE, FL 32202 |
| INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY<br>1248 N UNIVERSITY DR.<br>PLANTATION, FL 33322 | STATE OF FLORIDA DEPT OF REV<br>ATTN: BANKRUPTCY<br>POST OFFICE BOX 8045<br>TALLAHASSEE, FL 32314-8045 | INTERNAL REVENUE SERVICE<br>DISTRICT COUNSEL, DEPT. TREASURY<br>51 S.W. 1ST AVENUE, RM 1114, STOP 8000<br>MIAMI, FL 33130 |
| FLORIDA POWER & LIGHT<br>BANKRUPTCY  RRD/LFO<br>4200  W FLAGLER STREET<br>MIAMI, FL 33134 | Internal Revenue Service<br>c/o D Stewart<br>401 W Peachtree St., NW<br>Room 900, 334-D<br>Atlanta, GA 30308 | Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT  84201-0012 |

Emails:

^^Undeliverable

| ^^Jeffrey Stewart | ^^jeff@elres.com |
|---|---|

**^^Prime Time Wholesale / c/o Glen & Manish**   ^^primtimewholessale24@gmail.com

| | | | |
|---|---|---|---|
| **Settle Funding, LLC** | legal@settle.co | James Medeiros | james.medeiros80@gmail.com |
| **Flex Bank** | ben.hyduke@flex.one | James Michael Huckestein | 4002panola@gmail.com |
| **Aaron D Fontaine** | aaronfontaine99@gmail.com | James Michael Knorr | jamesm.knorr98@icloud.com |
| Aaron McDaniel | amcdaniel99@gmail.com | James Patrick Conroy | jim.conroy7425@gmail.com |
| Aaron Scott Melton | ameltonmarketing@gmail.com | James Sherman | j.gregory.sherman@gmail.com |
| Abduliani Moalim | amoalin06@yahoo.com | James Smith | sunbeamhomesma@gmail.com |
| Adam Brozewicz | abrozewicz91@gmail.com | James Weingarten | weingartenjames@gmail.com |
| Adam Mueller | mueller.am@gmail.com | James Wesley Hester | wes_hester77@yahoo.com |
| Adam Saxon | alsaxon3@gmail.com | James William Ertel | ertel.jw@gmail.com |
| Adam Simmons | adamtsim@gmail.com | Jared Dabel | dabel.jared@gmail.com |
| Adrian Roberto Mandry Mercado | amandry@hotmail.com | Jason Burgess | jason@sevenholdings.com |
| Aicardo Arrubla | aarrubla@abrsolution.com | Jason Gaines | jgaines26@yahoo.com |
| Aimee Wagoner | macswarehousellc@gmail.com | Jason Hirzel | jason@tigok.com |
| Alan Jehamy | alanjehamy@gmail.com | Jason Hung | benkyo@hotmail.com |
| Albert Li | redtattoofinancial@gmail.com | Jason Lenardson | jelinvestmentsllc@gmail.com |
| Alejandro Ziegenhirt | jacobkissel@yahoo.com | Jason Moss | moss.jasona@gmail.com |
| Alessandro Rugge | DuoNomicsLLC@gmail.com | Jason Myers | jason@myerscom.com |
| Alexander Jay Wooley | alexwooley@gmail.com | Jason Phillips | jasonjfeel@hotmail.com |
| Alexander Rayfiel | arayfiel@gmail.com | Jason Ray Mckibben | mckibbj@yahoo.com |
| Alon Monyek Najer | alonnajer@gmail.com | Jason Risdall | jasonrisdall@gmail.com |
| Amanda Diller | madikilwins@gmail.com | JASON SEALEY | cookie.and.king.llc@gmail.com |
| Amanda Reyes | Amanda.s.reyes001@gmail.com | Jay Ayoub | luemshop23@gmail.com |
| Amar Patel | markfedco@gmail.com | Jay Bhatt | thejaybhatt99@gmail.com |
| Amir Younan | Amiryounan@hotmail.com | Jay Evan Clasing | jclasing@gmail.com |
| | | Jay Kim | jay.kim@seekormanagement.com |

| Name | Email |
|---|---|
| Amos Nanney | trippnanney21@gmail.com |
| Amy Douglas | drasdouglas@gmail.com |
| Amy Miller | amylynnmiller01@gmail.com |
| Anand Parimal Mehta | nandsang@gmail.com |
| Anand Patel | anand.patel@mac.com |
| Andrew Benzinger | andrew.benzinger@gmail.com |
| Andrew Bertha | andrew@clearskydistribution.com |
| Andrew ReVille | ajreville@gmail.com |
| Angel L Munoz | angelm6352@gmail.com |
| Angela Atkinson | atkinsonconcrete@att.net |
| Angela Buckalew | abuckalew.scs@gmail.com |
| Ankit Patel | nikuram.1962@gmail.com |
| Anthenie Evan Stenerson | sascha@us-construction.com |
| Anthony Baxter-Armentrout | baxterinvestmentventures@gmail.com |
| Anthony Francis DeLia | tony_delia@yahoo.com |
| Anthony Lewis | ajlewis1158@sbcglobal.net |
| Anthony Morrison | gccwte@gmail.com |
| Anthony Ray Spencer | pastortonyspencer@gmail.com |
| Anthony Scatena | ajscat13@gmail.com |
| Anthony Scott Marotta | anthony@asapinsurance.com |
| Archie Munson | almiv1996@gmail.com |
| Arlyn Tratt | realtortratt@gmail.com |
| Arnaud Mylle | amazon@mylle.net |
| Arthur Bachelier | ajbachelier85@gmail.com |
| Arthur P. Ingemi | art@villagetavernsalem.com |
| Ashley Kim | elbertsong@gmail.com |
| Ashley Pittman | ashleycpittman@gmail.com |
| Attila Salamon | tarkedli7@yahoo.com |
| Austin Bohr | austin_bohr@hotmail.com |
| Austin Campbell | bubba@midwayone.com |
| Austin Collins | ajcthe2nd@gmail.com |
| Austin Hill | thenextstep77@gmail.com |
| Barbara Saunders | musthavecorner23@gmail.com |
| Barney White | barneylwhite@gmail.com |
| Barry Smith | smithbarryjay@gmail.com |
| Ben Bowling | b3n@twc.com |
| Ben Petty | ben@marbenretail.com |
| Benjamin Manimtim Arguelles Jr | jay.arguellesjr@gmail.com |
| Benjamin R Mcpherson | mcphersonot89@gmail.com |
| Benjamin Rosen | brosen57@gmail.com |
| Benjamin Tercero | btercero333@gmail.com |
| Bijan Moradi | drmoradi@topdocllc.com |
| Bill Kelly | rwpk33@gmail.com |
| Billy Pauling | billy@paulinghomes.com |
| Bjoern Kahl | Kahl.salinas@outlook.com |
| Jeanluc Jeanlis | jeanlisjeanluc123@gmail.com |
| Jed Cromwell | jedcromwell@gmail.com |
| Jeff Baptie | jabaptie@gmail.com |
| Jeff Carrick | biggiestylesinc@gmail.com |
| Jeff Kelly | jeff@inflate-a-party.com |
| Jeff Pawlow | jspawlow@gmail.com |
| Jeff Santos | jeffsantos11@comcast.net |
| Jeffery Alan Mossman | conradmansion1@gmail.com |
| Jeffery Michael Hummel | info@algotechsystems.com |
| Jeffery Rowley | stevieleerowley@gmail.com |
| Jeffray A Graham | fikka102619@gmail.com |
| Jeffrey Dwain Marlow | winmarusa@yahoo.com |
| Jeffrey King | jeffro8806@hotmail.com |
| Jeffrey Lum | ninong003@yahoo.com |
| Jeffrey McIndoo | jeffmacwebdevelopment@gmail.com |
| Jeffrey Paul Jeans | jjeans@drivenhire.com |
| Jeffrey Walters | jeffreytwalters@gmail.com |
| Jehanzeb Bhatti | jehanzeb_rashid@hotmail.com |
| Jelena Durovic | jelena.durovic@icloud.com |
| Jennifer Cameron | jpcameron77@gmail.com |
| Jennifer DuBois Daigle | daigletrading@hotmail.com |
| Jennifer Salazar | jsalazar4642@gmail.com |
| Jeremy Hernandez | hm.mercantile.llc@gmail.com |
| Jeremy Lessem | Jilessem@yahoo.com |
| Jeremy Morris | jeremyrn1@yahoo.com |
| Jeremy Zindel | zindeljp@gmail.com |
| Jesse Alling | jesse.a.alling@live.com |
| Jessica Houle | vscentralphx@gmail.com |
| Jessica Saks | jms362@gmail.com |
| Jim Kennedy | jimkennedy519@hotmail.com |
| Jitendra Mehta | showcaseremodeling@gmail.com |
| Joeilynnae Sandolo | BROOKSTEAMSTORE@GMAIL.COM |
| Joel Joseph | jwild75.joker@gmail.com |
| John Arthur Drolette Jr | jadrolette@yahoo.com |
| John Blanton | falconblanton@gmail.com |
| John Britton | johnbritton76@gmail.com |
| John Copeland | Jcopeland777@gmail.com |
| John Frederick Abair Jr. | aandmretailllc@gmail.com |
| John Gibson Jr. | john@jagmetalconstruction.com |
| John Guerrero | homevaluegoodsllc@gmail.com |
| John Ludwikoski | johnnylud@gmail.com |
| John Max Edwards III | jmedward2003@gmail.com |
| John Michael Petroff | mikepetroff@live.com |
| John Miholics | john@promobilemarketing.com |

| | | | |
|---|---|---|---|
| Bob Boxell | bobboxell@gmail.com | John Nicolaou | johnjnicolaou@gmail.com |
| Bobby Barton | bbarton@360painting.com | John Pombier | jjp71@outlook.com |
| Bobby Heng | bobbybx1usa@gmail.com | John Rouse | johnrouse10@gmail.com |
| Bobby Kurpinsky | bobby.kurpinsky@valorhl.com | John Sollenberger | wrbbholdingsnet@gmail.com |
| Brad Vandermeyden | b.vandermeyden@gmail.com | John Stanley Wilson Jr | jw928928@gmail.com |
| Bradley Paul Wilken | bpwconsulting@yahoo.com | John Verduin | jrvshopecom@gmail.com |
| Bradly Goldston | goldstonfamily@gmail.com | Johnathon Saliba | salibajohnathon4@gmail.com |
| Brady Flaget | cartman_502@hotmail.com | Jon Mohr | jon.d.mohr@gmail.com |
| Brahm Rossiter | brossiter20@gmail.com | Jon Pearson | jpearson1945@gmail.com |
| Brandon Buhai | jdheagney@gmail.com | Jonah Klevesahl | sundryventures@gmail.com |
| Brandon Meara | brandon.meara87@gmail.com | Jonathan david Scott fossi | Jonathan@CTISCabling.com |
| Brendan Litwin | LitLeeVentures@gmail.com | Jonathan Ku | jonathanku84@hotmail.com |
| Brent William Bowman | bwbowman86@gmail.com | Jonathan Silverman | jonathan.silverman3@gmail.com |
| Bret Manuel | ecom@bretmanuel.com | Jonathan Spiro | jspironj@gmail.com |
| Brett Johnston | brettandrewjohnston@gmail.com | Jonathan Stotler | jstotler@voxmedia.us |
| Brian Claggett | brianwc281@outlook.com | Jonathan Y Loehr | jyaleloehr@gmail.com |
| Brian Cummings | bc@blcummings.com | Jonathon Pahler | johnny@ontimeplumbingpro.com |
| Brian Dodson | bpdodson4200@gmail.com | Jonscot Dowland | office@callawayview.com |
| Brian Feil | bfeil@feil.com | Jordan Justus Bain | jordan@healingboston.com |
| Brian Henneberg | hennebergbrian@live.com | Jordan Thomas Johnson | jjohnson5379@gmail.com |
| Brian Lake | bpjmlake@frontiernet.net | JOSE GARCIA | bailbyjosegarcia@gmail.com |
| Brian Lodel | brian@thelodelgroup.com | Jose Manuel Bartolini | mannybartolini@agencyminder.com |
| Brian Ricks | bhricks@gmail.com | Jose Rodriguez | joseangelrodriguezf@gmail.com |
| Brian Rose | brianmrose@outlook.com | Jose Trejos | josetrejos1@gmail.com |
| Brian Singer | bsinger1212@gmail.com | Joseph Banawa | josephbanawa@gmail.com |
| Brian Taveras | brian.taveras23@gmail.com | Joseph Bevack | joeb1011@att.net |
| Brian William Kapprel | bkapprel@gmail.com | Joseph Connellan | crescentpartners207@gmail.com |
| Brian Zornig | bzornig@bpzengineering.com | Joseph E Dietrich | metalrep1@comcast.net |
| Brianna Cloete | mrcloete@gmail.com | Joseph Jarrett | josephjarrett@hotmail.com |
| Bruce Brandon | bruce@wtvsupply.com | Josephine Petriello | gsj3josephine@gmail.com |
| Bryan Dolan | bdolan@escapecompanies.com | Josh Hinger | hingerbjj@gmail.com |
| Bryan Johnson | bryanj37@gmail.com | Josh Wean | joshmw1977@gmail.com |
| Bryan Norlien | bnorlien@gmail.com | Joshua Freeman | joshuafreeman421@gmail.com |
| Bryan Oberg | bryan@obergfarms.com | Joshua Greeson | jzgreeson@gmail.com |
| Buddy Furqueron | budfurq@aol.com | Joshua Kackos | josh.kackos@kastcapitalinc.com |
| Caleb Cunningham | calecunningham@att.net | Joshua Mathews | nextedgetraders@gmail.com |
| Caleb Sechler | calebsechler@icloud.com | Juan Carlos Javier Antigua | juan@jhandcompanies.com |
| Callie Kohaut | a260z@hotmail.com | Judd Arnold | keyecomllc@yahoo.com |
| Cameron Ellis | mr.roony@gmail.com | Julie Martin | southsidesupply208@gmail.com |
| Caren Knight | troyknight1956@gmail.com | Julio Valdivia | juliov@acentus365.com |
| Carl Cini | cinisolutionsllc@gmail.com | Junior Dikousman | ecommsfinestllc@gmail.com |
| Carl David Tripp | ctripp@aol.com | Justin De Wet | jdas97@hotmail.com |
| CARLO MICHAEL RUBIN DOYLE | cado16@yahoo.com | Justin Fincher | 3KRoyalLLC@gmail.com |
| Carlos Basauri Coto | cbcoto@gmail.com | Justin Hoyt | kheldar18@gmail.com |
| Carrie Lyn Dykens | carrielyn76@hotmail.com | Justin Klipp | Justin.klipp2@gmail.com |
| Casey Wood | helioscommercellc@gmail.com | Justin M Shaw | fuffulfillment@gmail.com |
| CATHERINE BURNS | kate@theburnsinvestmentgroup.com | Justin Valentine | jkvalentine@gmail.com |
| Chad E Speegle | chad.speegle@gmail.com | Kai Abrahams | abrahams2kai@yahoo.com |

| Name | Email |
|---|---|
| Chad Glover | chadaglover07@gmail.com |
| Chad Knudson | knudsondistribution@gmail.com |
| Chad Vetter | cwvetter@gmail.com |
| Charles Coleman | chuckeaza@yahoo.com |
| Charles David Ford | chuckford600@gmail.com |
| Charles Dean | charles.russel.dean@gmail.com |
| Chelsea Heitzig | chelsea.heitzig@gmail.com |
| Cheryl Ann Robello | Mcinter808@gmail.com |
| Chesheng Lin | davidlin0925@yahoo.com |
| Chris Bezile | cjpartners.azllc@gmail.com |
| Chris Vignone | cjvignone@gmail.com |
| Christian Iordanou | christian@cimiunlimited.com |
| CHRISTOPHER ASHE | christopher.ashe@gmail.com |
| Christopher Fisher | fisherneil22@gmail.com |
| Christopher Klaus | chris_klaus88@hotmail.com |
| Christopher Lee Kaelin | leekaelin1@gmail.com |
| Christopher McDonald | christophergmcdonald004@gmail.com |
| Christopher Michael McSweeney | mccheeney@gmail.com |
| Christopher Nickel | c.nickel403@gmail.com |
| Cindy Limketkai | cindyglim@gmail.com |
| Clifton Bass | blackjr4@yahoo.com |
| Clinton Sharber | clintonsharber@gmail.com |
| Colt Nelms | pckstallionllc@gmail.com |
| Colton Robison | coltonrobison_94@hotmail.com |
| Craig James Sjostrom | james@sjostromstrong.net |
| Craig Stokes | craigrstokes@gmail.com |
| Craig TerBeek | craigterbeek@gmail.com |
| Curtis Garner | cbpdoc@comcast.net |
| Curtis Nelson | copperpointdevelopment@gmail.com |
| Dahel Jose Acosta | djacosta01@gmail.com |
| Dan Augustine | augustined@cintas.com |
| Dan Mahoney | danmahoneyjr@gmail.com |
| Dane Hopkins | mdhopkins40@gmail.com |
| Dangkhoa Nguyen | dangkhoan01@yahoo.com |
| Daniel Anderson | amlvamazon@gmail.com |
| Daniel Constain | danconstain@me.com |
| Daniel Feurtado | daniel@feurtadoenterprises.com |
| Daniel Fishel | dlwfstore@gmail.com |
| Daniel G. Cattaneo | cattman530@gmail.com |
| Daniel Green | dan@builtblackbriar.com |
| Daniel James Whittaker | dansflooring@msn.com; d.b.whittaker@msn.com |
| Daniel Loeb | daniel.r.loeb@gmail.com |
| Daniel Scott Worrell | dan@calsierrafence.com |
| Daniel Somerville | dsomerville86@gmail.com |
| Danilo Dos Santos | kilonovasales@gmail.com |
| Danny Merrell | saltwaterpirate50@gmail.com |
| Kareem Rashid | kareemrashid505@gmail.com |
| Karl Neil Daniels II | karldaniels2@yahoo.com |
| Kathryn Vatsula | kathrynvatsula@gmail.com |
| Kay Oder | kdoder@gmail.com |
| Kazi Rahman | kazi.s.rahman@gmail.com |
| Keara Harris | kearaharr@gmail.com |
| Keith Alte | k_alte@yahoo.com |
| Keith Henderson | keith@leap.net |
| Kelly Kennedy Ahmed | ahmedventuresllc@gmail.com |
| Kelsi Rice | moomoneyllc@gmail.com |
| Ken Mui | kenmui2502@hotmail.com |
| Kendall Rosemeyer | 4RosyLLC@gmail.com |
| Kenneth Lanier | lanierkjr@gmail.com |
| Kevin Gore | kdgbkd@gmail.com |
| Kevin Grant Strong | dmtfacct@gmail.com |
| Kevin Headrick | intraimexllc@gmail.com |
| Kevin McCoun | kevin.mccoun@gmail.com |
| Kevin Paul Rodriguez | krodriguez.rsk2@gmail.com |
| Kevin Schrantz | info@epicbc.online |
| Kim Harris | kharris481@gmail.com |
| Kirk Williams | kirk@sierrahomegoods.com |
| Klayton Kopecky | klayton.kopecky@gmail.com |
| Kolawole Ayodele | kolaayodele@yahoo.com |
| Krista Davis | kristadavis@gmail.com |
| Kujtim Ibraimi | ibraimi@msn.com |
| Kuoching Ngu | kuoching.ngu@gmail.com |
| Kurt Andreason | eyelighter1@gmail.com |
| Kyle Reynolds | kylelreynolds@gmail.com |
| Lance Morgan | MorganEcomllc@outlook.com |
| Larry Dale Pitcock Jr | jrpitcock7@gmail.com |
| Laurie Nunez | luis.nunez1116@yahoo.com |
| Lawrence Baruffi | jude.hill13@gmail.com |
| Lawrence Gilbert | lgilbert@proformaelement3.com |
| Lawrence Singer | larry@capitalrei.com |
| Lawrence Speed | lwspeed9991@bigwmssurplus.com |
| Lawson Shelton | lawsonshelton@gmail.com |
| Lee Boozer | leeboozer@gmail.com |
| Lee Robinson | celrobinson@outlook.com |
| Lee Walsh | leewalshcpa@gmail.com |
| Lindon Smith | lindonpsmith@gmail.com |
| Lisa Marie Rodino | lisa@rodino.net |
| LONNIE STAHL | lonnielee25@yahoo.com |
| Loren Graves iii | largravesiii@gmail.com |
| Loren Lawton | Loren.lawton@gmail.com |
| Lori McCallian | lorirmccallian@gmail.com |
| Lori Roberts | lori.roberts.b.happy@gmail.com |

| | | | |
|---|---|---|---|
| Darien Bodenhorst | info@theridgeasheville.com | Lorraine Castellini | rickcastellini@comcast.net |
| Darren Harvey | lkhcommercellc@gmail.com | Lucas Binter | binterl@countermail.com |
| Darryl Sobering | dsobering16@gmail.com | Lucas Woolhouse | suprightrender@gmail.com |
| David Bassiri | bassiridavid@gmail.com | Ludovic Raymond | ludovic_raymond@hotmail.com |
| David Brasseur | bbds@noos.fr | Luis Joel Vargas Sanchez | vargas_lui@yahoo.com |
| David Bruington | dlbholdingsncllc@gmail.com | Maikel Pinedo | maikelbarber@gmail.com |
| David Elliott | elliotthomes@gmail.com | Mani Subramanian | manim.erp@gmail.com |
| David K Schmid | dschmid@davidkschmid.com | Mario Charles Nicolaou | mario_nicolaou@yahoo.com |
| David McCollum Jr. | dave@dsepdx.com | Mario Giovanni Rodriguez | brightfortllc@gmail.com |
| David Rankin | mdplastics@yahoo.com | Mario Lamoureux | mario.lamoureux9@gmail.com |
| David Shane Leavell | shane@rlcraigco.com | Mark Andrew Trewitt | mat@ifsgllc.com |
| Davis Tiburzi | Ecomexpressllc987@gmail.com | Mark De la Vega | markfdlv@gmail.com |
| Dean Filandrinos | dfilandrinos@yahoo.com | MARK EDWARD SIKTBERG | mjsiktberg@yahoo.com |
| Dean Hildahl | dean.hildahl@floridawomancare.com | Mark Fritz | markandrewfritz@yahoo.com |
| Dennis Shy | floridashysllc@gmail.com | Mark Kalokitis | mrastrategiesllc@gmail.com |
| Dennis Work | cheesehd01@gmail.com | Mark Negley | negley.marky@gmail.com |
| Derek Ball | dereknelsonball@gmail.com | Mark Newgent | marknewgent1@gmail.com |
| Derek Brehm | dbrehm1980@gmail.com | Mark Rogers | markrogers85212@gmail.com |
| Derek Hanson | dhh2digital@gmail.com | Mark Stewart | markstewart27@gmail.com |
| Devdat Uttamchand Maheshwari | devdat321@aol.com | Mark Stripp | mcgcbrands@gmail.com |
| Dexter Lee | dexleeit@gmail.com | Mark Thomas Livingston | mtlivi@yahoo.com |
| Dinesh Shankar | kdineshus2002@gmail.com | Marshall Frank Smith | msmith0617@yahoo.com |
| DJ Rossi | adramazonsales@gmail.com | Martin Ray Vertefeuille | marty_v06@yahoo.com |
| Dominick Davi | domdavi1975@gmail.com | Maryan Mikhael | maryan198mikey@gmail.com |
| Dorian Haley | dorianhaley1992@gmail.com | Mason Mayhew | mason@mckayenergy.com |
| Douglas Shaffer | doug@shaffer.net | Matias Medrano | matiasmed@yahoo.com |
| Drew Miller | dmiller@choiceadmin.com | Matt Davis | matt@wisetrend.com |
| Edgar Guedez | guedizmo@hotmail.com | Matt Mracek | silveroaks.fl@gmail.com |
| Edik Passmore | detskiiled@gmail.com | Matthew Carl Wolf | ARCHAMenterprisesllc@gmail.com |
| Edward Collins | 8361039@gmail.com | Matthew Hefner | mattwhefner@gmail.com |
| Edward Regener | eliteecomservices1@gmail.com | Matthew Smith | mkprop2008@gmail.com |
| Edward Reznik | ereznik@myteammarketing.com | Max Katz | katz.max@gmail.com |
| Eehab Kenawy | ekenawymd@gmail.com | Melissa Dawn Bethea | timbethea@gmail.com |
| Ellis Chandler | ellis@ekcws.com | Michael Anthony Valencia | mtindustries23@gmail.com |
| Elmar Aslami | elmar_aslami@yahoo.com | Michael Bean | mike_bean1@yahoo.com |
| Elza Tecero | elza.franco21@gmail.com | Michael Budicak | budainc3@gmail.com |
| Emmanuel Patalinghug | Emmanuel.patalinghug@ymail.com | Michael Carr | mhc.business@gmail.com |
| Eric Field | fieldel44+ecom@gmail.com | Michael DeBat | mwdebat@gmail.com |
| Eric Hern | eric@66stllc.com | Michael Delaney | dominiquedelaney@yahoo.com |
| Eric Jones | erasjk@sbcglobal.net | Michael Doweidt | mdoweidt@gmail.com |

| | | | |
|---|---|---|---|
| Eric Weems | eweems81@gmail.com | Michael Drazan | draz0011@gmail.com |
| Eugene Muki Mbanya | fombaninvllc@gmail.com | Michael Ewing | lawrence@em50ventures.com |
| Faran Farooqi | faranfarooqi@gmail.com | Michael Hutchings | mike@carvia.rent |
| Felix Luis Pacheco | felix@felixpacheco.com | Michael Karr | mjk10llc@gmail.com |
| Forrest Wellington Vinson | forrestvinson@yahoo.com | Michael Lee Williams Jr | williamslee179@gmail.com |
| Francesco Sperduto | fsperduto90@gmail.com | Michael Meylor | RFEmporium@outlook.com |
| Franchisca Angelina Rinaldi | Frinaldi.222@gmail.com | Michael Miklaus | dane.miklaus@gmail.com |
| Francis E Banares | franco@fcarcapital.com | Michael Moawad | michael_seleem@yahoo.com |
| Frank Kelley | FKholdingsv@gmail.com | Michael Phillips | affordableproducts222@gmail.com |
| Frank Pascale | frank@png-llc.com | Michael Relyea | 332enterprises@gmail.com |
| Fred Auzenne | auzenne1@gmail.com | Michael Roberds | roberdsm@comcast.net |
| Gene Joseph Lechner | opportune4good@gmail.com | Michael Strasner | michael.strasner@gmail.com |
| George Saied | eazypeazygs@gmail.com | Michael Timothy Tinnes | tinnes33@hotmail.com |
| Gerald Raddatz | gerald.raddatz@gmail.com | Michael Todd | mtbalake@gmail.com |
| Gerald Troy Whitehead | gtroyw@gmail.com | Michael Trapp | btrapp1978@gmail.com |
| Gilbert Uy | gilbertuy13@gmail.com | Michele Brandt | shelleybrandt71@gmail.com |
| Giovanni Franklin | giofranklin33@gmail.com | Michele Cerrutti | michelecerrutti@gmail.com |
| Glenis Acosta Jimenez | smartadviceservice@gmail.com | Mickey Northcutt | mickey@vidalibregroup.com |
| Graeme Lee | lee.graeme@yahoo.com | Mike VanPamel | marketpalooza@gmail.com |
| Grant Donoho | validus.capital.inc@gmail.com | Mikele Glaspie | mikele.glaspie@gmail.com |
| Greg Furman | gjfurman@gmail.com | Mildred Raquel Garzon Goya | wcolonrivera04@gmail.com |
| Greg Prehm | gprehm@gmail.com | Mohamed Elmeliegy | mohamed.a.elmeliegy@gmail.com |
| Greg Sanders | gysgtsanders@gmail.com | Mohammad Uddin | mazaduddin79@gmail.com |
| Gregory Berenato | ggberenato@protonmail.com | Mouhcine Frissa | mouhcine_393@icloud.com |
| Gregory Fortino | gsfortino26@gmail.com | Nathalie Ohana | nathalieohana@hotmail.com |
| Gregory Randall | CEO@AMQVenturesInc.com | Nathan Foeller | foeller32@gmail.com |
| Gregory Todd Campbell | texastodd2@gmail.com | Nathan Manning | nathanmmanning@gmail.com |
| Grover Cleveland Edwards IV | Edwards14cee@gmail.com | Neil Habib | StBoctor@gmail.com |
| Halim Hamidullah | handn2170@gmail.com | Neil Southerington | revassoc@proton.me |
| Henry Stewart | staypositive01@gmail.com | Nicholas D Smith | traffordcompanies@gmail.com |
| Herbert Louis Speer | herbert.speer@gmail.com | Nicholas De Pompa | nick.lsinvestments@gmail.com |
| Hernan Picalomino | makeithappenmarketplace@gmail.com | Nicholas Reeder | reederschp@gmail.com |
| Ian Lacasse | ianslittlestore@gmail.com | Nicholas Richardson | narichardson12@gmail.com |
| Ibrahim Abusway | majnun.deals@gmail.com | Nick Lancia | nalancia@gmail.com |
| Isabelle BALAGUE | aurumpietra@yahoo.com | Nick Zucchero | nickzucchero@njzinvestmentgroup.net |
| Ivan Ramirez | ivan2mile@gmail.com | Nicole Campos | bellanicole7777@yahoo.com |
| Jack Fauquier | jack@fromthegroundup.com | Nicole Hartung | rescuenyc@gmail.com |
| Jack Guerra Jr | Web2door24@gmail.com | Nicole Jaeger | nmjaeger831@yahoo.com |

| | | | |
|---|---|---|---|
| Jacob Anderson | kingofthejs@gmail.com | Oakland Barlow | oaklandbarlow@icloud.com |
| Jacob Ray West | jacob@westlegacy.com | Pamela Chaston | pamelachaston@yahoo.com |
| **Jeffry Jontz** | jjontz@fishbacklaw.com | Pamela Lynn Mceleny | dmceleny@gmail.com |
| Jacob Ryvkin | jacobryvkin@gmail.com | Paolo Montini | pmontini13@gmail.com |
| Jacqueline Isabel Nanney | kjninvestllc@gmail.com | Pat Fowler | gpmfowler@gmail.com |
| Jairus Lukose | jyro107@yahoo.com | Pat Gibson | epp@tusco.net |
| Jamaica Yarbrough | digitalsprout1@gmail.com | Patrick Ryan Carroll | pcarrollphx@gmail.com |
| James Benham (father) | jfb@benhambuilders.com | Paul Baldasaro | pbaldasaro21@me.com |
| James Benham (son) | jimmybenham@sightlinesteeldoors.com | Paul Davi | machinerysalesllc5954@gmail.com |
| James Bolger | jjbolger1@gmail.com | Paul Dayton Johnson Jr | jjjohnson2001@gmail.com |
| James Buchanan | buchanan.steve7@gmail.com | Paul Stachiewicz | pstack11@gmail.com |
| James DeLong | jim.delong.jd@gmail.com | Paul Tae | pault@mortgagepremier.com |
| James DelVecchio | jdelvek@gmail.com | Paul Wroniuk | wroniuk@gmail.com |
| James J Knoll | jj@6jinvestments.com;tayler@tibbittslaw.us | Nick Hubers | nick@oracleproperties.com |
| TJ English | thetjenglish@gmail.com | Natasha Martinson | jordan.martinson34@gmail.com |
| **St. Doctor/St. Boctor** | stboctor@gmail.com | MICHAEL WAYNE NOEL | mikewnoel@icloud.com |
| I 2 IT, LLC/BWS ECOM | pshapiro@shapirolawpa.com | L and F ECommerce LLC | john.cross@crosscocpa.com |
| Mark Groeneweg | mgroen22@gmail.com | Travis Collins | tjcollins12@gmail.com |
| **Grace Victoria** | gvictoria001@icloud.com | Julian David Hernandez Navarro | julianhernandez.0994@gmail.com |

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2025-010807-CA-01 (44)

IN RE:

COMPLEX BUSINESS LITIGATION DIVISION

ECOM AUTHORITY, LLC, a Florida limited liability company,

     Assignor,

To:

PHILIP J. VON KAHLE,

     Assignee.

_____/

## <u>NOTICE OF FILING AFFIDAVIT OF SERVICE</u>

Philip J. von Kahle as Assignee of the Assignment for Benefit of Creditors of ECOM AUTHORITY, LLC files the attached Affidavit evidencing service on August 20, 2025, of the *Assignee's Joinder to Alleged Debtor's Motion to Dismiss Involuntary Petition or Alternatively, for Abstention* upon all creditors and interested parties scheduled in the Assignment and on the attached Service List.

Respectfully submitted August 20, 2025.

**PHANG & FELDMAN, P.A.**
*Counsel for Assignee, Philip von Kahle*
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 614-1223
Fax: (305) 614-1187
Email: service@katiephang.com

By:   */s/ Jonathan S. Feldman*
      JONATHAN S. FELDMAN, ESQ.
      Florida Bar No. 12682
      E-mail: feldman@katiephang.com



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2025, a true and correct copy of the foregoing was filed electronically through the Florida Court's E-Filing Portal, which will, in turn, send a notice of electronic filing to all Counsel of Record.

By: ___*/s/ Jonathan S. Feldman*_____
　　　JONATHAN FELDMAN, ESQ.
　　　Florida Bar No. 12682

Phang|Feldman

**One Biscayne Tower | Suite 1600 | 2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

**AFFIDAVIT**

STATE OF FLORIDA     )
COUNTY OF BROWARD  )

NOW COMES, Elisa Patente, who being duly sworn, deposes and says:

On August 20, 2025 in the normal course of my duties as an employee of Michael Moecker & Associates, I served the following document: **NOTICE OF FILING ASSIGNEE'S JOINDER,** with respect to the Assignment Proceeding Entitled Ecom Authority, LLC, to Philip J. Von Kahle Assignee by electronic mail or depositing same in a U.S. Mail depository, enclosed in a postpaid, envelope addressed to the parties listed on the annexed Schedule.

FURTHER AFFIANT SAYETH NAUGHT

_____
Elisa Patente

SWORN TO and subscribed before me
by means of physical presence
this 20th day of August 2025

_____
Notary Public, State of Florida at Large

Notary Public State of Florida
Selene Lisa Tovar
My Commission  HH 458610
Expires 10/25/2027

MY COMMISSION EXPIRES
(NOTARY SEAL)

NT LEGAL
c/o NIMA TAHMASSEBI
2121 SW 3RD AVE
STE 201
MIAMI, FL 33129

MIAMI DADE COUNTY TAX
COLLECTOR
11 NW 1ST ST
26TH FLOOR
MIAMI, FL 33128

INSOLVENCY UNIT
District Dir. Of IRS CHIEF (SPF)-
Mstop 57
400 W. BAY STREET
JACKSONVILLE, FL 32202

INTERNAL REVENUE
SERVICE
ATTN: BANKRUPTCY
1248 N UNIVERSITY DR.
PLANTATION, FL 33322

STATE OF FLORIDA DEPT OF REV
ATTN: BANKRUPTCY
POST OFFICE BOX 8045
TALLAHASSEE, FL 32314-8045

INTERNAL REVENUE
SERVICE
DISTRICT COUNSEL, DEPT.
TREASURY
51 S.W. 1ST AVENUE, RM 1114,
STOP 8000

FLORIDA POWER & LIGHT
BANKRUPTCY  RRD/LFO
4200  W FLAGLER STREET
MIAMI, FL 33134

Internal Revenue Service
c/o D Stewart
401 W Peachtree St., NW
Room 900, 334-D
Atlanta, GA 30308

Department of the Treasury
Internal Revenue Service
Ogden, UT  84201-0012

^^Undeliverable

^^Jeffrey Stewart
^^jeff@elres.com
^^Nick Hubers
^^nick@oracleproperties.com

^^Prime Time Wholesale / c/o
Glen & Manish
^^primtimewholessale24@gmail.c
om

Peter Bouchard
peter@mobile.us

Settle Funding, LLC
legal@settle.co
James Medeiros
james.medeiros80@gmail.com
Peter Joseph Hatala
hatalapete@gmail.com

Flex Bank
ben.hyduke@flex.one
James Michael Huckestein
4002panola@gmail.com
Peter Nelson
pmnelson33@gmail.com

Aaron D Fontaine
aaronfontaine99@gmail.com
James Michael Knorr
jamesm.knorr98@icloud.com
Peter Riopel
priopel@protonmail.com

Aaron McDaniel
amcdaniel99@gmail.com
James Patrick Conroy
jim.conroy7425@gmail.com
Phat Dang
eddang2003@gmail.com

Aaron Scott Melton
ameltonmarketing@gmail.com
James Sherman
j.gregory.sherman@gmail.com
Philip Harper
phil@choicedso.com

Abduliani Moalim
amoalin06@yahoo.com
James Smith
sunbeamhomesma@gmail.com
Philip Pullinsi
pullinsi@yahoo.com

Adam Brozewicz
abrozewicz91@gmail.com
James Weingarten
weingartenjames@gmail.com
Philippe Cesar
nmcestore@gmail.com

Adam Mueller
mueller.am@gmail.com
James Wesley Hester
wes_hester77@yahoo.com
Philippe Wouters
pcwouters33@gmail.com

Adam Saxon
alsaxon3@gmail.com
James William Ertel
ertel.jw@gmail.com
Phillip Foote
phinvestments5@gmail.com

Adam Simmons
adamtsim@gmail.com
Jared Dabel
dabel.jared@gmail.com
Phillip Lawler
ThirdDayPartnersLLC@gmail.com

Adrian Roberto Mandry Mercado
amandry@hotmail.com
Jason Burgess
jason@sevenholdings.com
Phillip Michael Martino
pmartino4@yahoo.com

Aicardo Arrubla
aarrubla@abrsolution.com
Jason Gaines
jgaines26@yahoo.com
Phillip Sean Bradford
seanbradfordot@yahoo.com

Aimee Wagoner
macswarehousellc@gmail.com
Jason Hirzel
jason@tigok.com
Prafulbhai Patel
pddesi1294@gmail.com

Alan Jehamy
alanjehamy@gmail.com
Jason Hung
benkyo@hotmail.com
Premprakash Vikrant Gandhi
gandhi.vikrant@gmail.com

Albert Li
redtattoofinancial@gmail.com
Jason Lenardson
jelinvestmentsllc@gmail.com
Rachel Holloway
rrmott82@gmail.com

Alejandro Ziegenhirt
jacobkissel@yahoo.com
Jason Moss
moss.jasona@gmail.com
Ralph Grills
ralph.grills@gmail.com

Alessandro Rugge
DuoNomicsLLC@gmail.com
Jason Myers
jason@myerscom.com
Randall Rogers
chris.r7@gmail.com

Alexander Jay Wooley
alexwooley@gmail.com
Jason Phillips
jasonjfeel@hotmail.com
Randolph Pomfret III
rp3ventures@gmail.com

Alexander Rayfiel
arayfiel@gmail.com
Jason Ray Mckibben
mckibbj@yahoo.com
Randy Fred Perillo
prllrandyp@aol.com

Alon Monyek Najer
alonnajer@gmail.com
Jason Risdall
jasonrisdall@gmail.com
Ravi Patel
rav3089@yahoo.com

Amanda Diller
madikilwins@gmail.com
JASON SEALEY
cookie.and.king.llc@gmail.com
Raymond Heuer
heuer9200@yahoo.com

Amir Younan
Amiryounan@hotmail.com
Jay Evan Clasing
jclasing@gmail.com
Rebecca Ann Bois
butikkllc@yahoo.com

Amy Miller
amylynnmiller01@gmail.com
Jed Cromwell
jedcromwell@gmail.com
Ricardo Kuri Matuk
kuri44@hotmail.com

Andrew Benzinger
andrew.benzinger@gmail.com
Jeff Kelly
jeff@inflate-a-party.com
Rich Siebert
Rnscapital1@gmail.com

Angel L Munoz
angelm6352@gmail.com
Jeffery Alan Mossman
conradmansion1@gmail.com
Richard Hanna
10809@comcast.net

Ankit Patel
nikuram.1962@gmail.com
Jeffray A Graham
fikka102619@gmail.com
Richard Marshall Spinks
rickyspinks18@gmail.com

Anthony Francis DeLia
tony_delia@yahoo.com
Jeffrey Lum
ninong003@yahoo.com
Richard Woodridge
rmw321enterprises@gmail.com

Anthony Ray Spencer
pastortonyspencer@gmail.com
Robby Dokoupil
robby.dokoupil@yahoo.com

Archie Munson
almiv1996@gmail.com
Jelena Durovic
jelena.durovic@icloud.com
Robert DenBoer
help.me@dmrdinc.com

Arthur Bachelier
ajbachelier85@gmail.com
Jennifer Salazar
jsalazar4642@gmail.com
Robert Mattivi
rob.mattivi@intusurg.com

Amanda Reyes
Amanda.s.reyes001@gmail.com
Jay Ayoub
luemshop23@gmail.com
Raymond Williams
Rainman1930@yahoo.com

Amos Nanney
trippnanney21@gmail.com
Jay Kim
jay.kim@seekormanagement.com
Rebecca Lottridge
beckylottridge@gmail.com

Anand Parimal Mehta
nandsang@gmail.com
Jeff Baptie
jabaptie@gmail.com
Ricardo Rodriguez
rikrodriguez@yahoo.com

Andrew Bertha
andrew@clearskydistribution.com
Jeff Pawlow
jspawlow@gmail.com
Richard Brandon Linker
rblinker27@gmail.com

Angela Atkinson
atkinsonconcrete@att.net
Jeffery Michael Hummel
info@algotechsystems.com
Richard Keith Leigh
rleigh@roneengineers.com

Anthenie Evan Stenerson
sascha@us-construction.com
Jeffrey Dwain Marlow
winmarusa@yahoo.com
Richard Schwab
schwabynyc@mac.com

Anthony Lewis
ajlewis1158@sbcglobal.net
Jeffrey McIndoo
jeffmacwebdevelopment@gmail.com
Ricky Lynn Miller
rmiller.fba@gmail.com

Anthony Scatena
ajscat13@gmail.com
Jeffrey Walters
jeffreytwalters@gmail.com
Robert Berg
pgvinvestors@gmail.com

Arlyn Tratt
realtortratt@gmail.com
Jennifer Cameron
jpcameron77@gmail.com
Robert J Truitt Jr
robert_truitt2003@yahoo.com

Arthur P. Ingemi
art@villagetavernsalem.com
Jeremy Hernandez
hm.mercantile.llc@gmail.com
Robert S Conway
landlockedsales1@gmail.com

Amar Patel
markfedco@gmail.com
Jay Bhatt
thejaybhatt99@gmail.com
Raymond Zhao
rayyzhao@outlook.com

Amy Douglas
drasdouglas@gmail.com
Jeanluc Jeanlis
jeanlisjeanluc123@gmail.com
Rebecca Mack
gabrieloneventures@gmail.com

Anand Patel
anand.patel@mac.com
Jeff Carrick
biggiestylesinc@gmail.com
Ricardo Rohaidy
dfiestal@aol.com

Andrew ReVille
ajreville@gmail.com
Jeff Santos
jeffsantos11@comcast.net
Richard Dillon
rtmetatechllc@gmail.com

Angela Buckalew
abuckalew.scs@gmail.com
Jeffery Rowley
stevieleerowley@gmail.com
Richard L Hughes
richhughes_2000@yahoo.com

Anthony Baxter-Armentrout
baxterinvestmentventures@gmail.com
Jeffrey King
jeffro8806@hotmail.com
Richard Taylor
fth77536@yahoo.com

Anthony Morrison
gccwte@gmail.com
Jeffrey Paul Jeans
jjeans@drivenhire.com
Rob Norris
knecomllc@gmail.com

Anthony Scott Marotta
anthony@asapinsurance.com
Jehanzeb Bhatti
jehanzeb_rashid@hotmail.com
Robert Crawford
robert.onac.ncm@gmail.com

Arnaud Mylle
amazon@mylle.net
Jennifer DuBois Daigle
daigletrading@hotmail.com
Robert Kyle Fletcher
kfletcher07@gmail.com

Ashley Kim
elbertsong@gmail.com
Jeremy Lessem
Jilessem@yahoo.com
Robert Sherwood
robertsherwood@me.com

Ashley Pittman
ashleycpittman@gmail.com
Jeremy Morris
jeremyrn1@yahoo.com
Robert Tomlinson
rtomlinson23@gmail.com

Attila Salamon
tarkedli7@yahoo.com
Jeremy Zindel
zindeljp@gmail.com
Robert Wise
rbwise93@gmail.com

Austin Bohr
austin_bohr@hotmail.com
Jesse Alling
jesse.a.alling@live.com
Robert-Edward Evans Adams
info@dynamicvalidation.net

Austin Campbell
bubba@midwayone.com
Jessica Houle
vscentralphx@gmail.com
Rockwell Shill
rock14ms@gmail.com

Austin Collins
ajcthe2nd@gmail.com
Jessica Saks
jms362@gmail.com
Rodrigo Lopez Munoz
lopezrody3011@yahoo.com

Austin Hill
thenextstep77@gmail.com
Jim Kennedy
jimkennedy519@hotmail.com
Rohit Garg
rgarg70808@gmail.com

Barbara Saunders
musthavecorner23@gmail.com
Jitendra Mehta
showcaseremodeling@gmail.com
Rohit Mukherjee
WarehouseDirectCo@gmail.com

Barney White
barneylwhite@gmail.com
Joeilynnae Sandolo
BROOKSTEAMSTORE@GMAIL.
COM
Ron Blacic

Barry Smith
smithbarryjay@gmail.com
Joel Joseph
jwild75.joker@gmail.com
Ronnie Rosso
ronrosso222@gmail.com

Ben Bowling
b3n@twc.com
John Arthur Drolette Jr
jadrolette@yahoo.com
Rory Maher
rory46maher@gmail.com

Ben Petty
ben@marbenretail.com
John Blanton
falconblanton@gmail.com
Rose Ambroise
demesvar97@gmail.com

Benjamin Manimtim Arguelles Jr
jay.arguellesjr@gmail.com
John Britton
johnbritton76@gmail.com
Ruben Bachayev
ruben0107@aol.com

Benjamin R Mcpherson
mcphersonot89@gmail.com
John Copeland
Jcopeland777@gmail.com
Rudy Cazares
rudy@cazarnyc.com

Benjamin Rosen
brosen57@gmail.com
John Frederick Abair Jr.
aandmretailllc@gmail.com
RUSS EDWARD BRUCKS
rbrucks@newsovereign.com

Benjamin Tercero
btercero333@gmail.com
John Gibson Jr.
john@jagmetalconstruction.com
Russell Franchi
rfranchi@thefranchigroup.com

Bijan Moradi
drmoradi@topdocllc.com
John Guerrero
homevaluegoodsllc@gmail.com
Russell Schechtman
rschec1986@gmail.com

Bill Kelly
rwpk33@gmail.com
John Ludwikoski
johnnylud@gmail.com
Ryan Coulter
rfcoulter@gmail.com

Billy Pauling
billy@paulinghomes.com
John Max Edwards III
jmedward2003@gmail.com
Ryan Drew
ryandrew1715@gmail.com

Bjoern Kahl
Kahl.salinas@outlook.com
John Michael Petroff
mikepetroff@live.com
Ryan Futch
ryleighswarehouse@gmail.com

Bob Boxell
bobboxell@gmail.com
John Miholics
john@promobilemarketing.com
Ryan McCarthy
ryemcc04@gmail.com

Bobby Barton
bbarton@360painting.com
John Nicolaou
johnjnicolaou@gmail.com
Ryan William Borden
rborden@rogeminence.com

Bobby Heng
bobbybx1usa@gmail.com
John Pombier
jjp71@outlook.com
Ryan Young
ryan@8thfloorretail.com

Bobby Kurpinsky
bobby.kurpinsky@valorhl.com
John Rouse
johnrouse10@gmail.com
Sam Bollinger
sambollinger@comcast.net

Brad Vandermeyden
b.vandermeyden@gmail.com
John Sollenberger
wrbbholdingsnet@gmail.com
Sam Moore
smoore@globalbrandhub.com

Bradley Paul Wilken
bpwconsulting@yahoo.com
John Stanley Wilson Jr
jw928928@gmail.com
Samantha Byrd
r_byrd@hotmail.com

Bradly Goldston
goldstonfamily@gmail.com
John Verduin
jrvshopecom@gmail.com
Samantha Petriello
sampetriello44@gmail.com

Brady Flaget
cartman_502@hotmail.com
Johnathon Saliba
salibajohnathon4@gmail.com
Sanjeev Hans
sanjeev.hans0@gmail.com

Brahm Rossiter
brossiter20@gmail.com
Jon Mohr
jon.d.mohr@gmail.com
Sarah Berekoff
storetosourcecorp@gmail.com

Brandon Buhai
jdheagney@gmail.com
Jon Pearson
jpearson1945@gmail.com
Sarah Gibeault
sgibeault@icloud.com

Brandon Meara
brandon.meara87@gmail.com
Jonah Klevesahl
sundryventures@gmail.com
SARALA BISWAL
agoicorp@gmail.com

Brendan Litwin
LitLeeVentures@gmail.com
Jonathan david Scott fossi
Jonathan@CTISCabling.com
Sarevjit Singh
srkbizinc@gmail.com

Brent William Bowman
bwbowman86@gmail.com
Jonathan Ku
jonathanku84@hotmail.com
Sateesh Chinta
sateesh.chinta@virtuoustech.com

Bret Manuel
ecom@bretmanuel.com
Jonathan Silverman
jonathan.silverman3@gmail.com
Scott Cassell

Brett Johnston
brettandrewjohnston@gmail.com
Jonathan Spiro
jspironj@gmail.com
Scott DeFriez
smdefriez@gmail.com

Brian Claggett
brianwc281@outlook.com
Jonathan Stotler
jstotler@voxmedia.us
Scott Edward Hollenbeck
hlbck1@gmail.com

Brian Cummings
bc@blcummings.com
Jonathan Y Loehr
jyaleloehr@gmail.com
Scott Gregory Driggs
scott@driggssearch.com

Brian Dodson
bpdodson4200@gmail.com
Jonathon Pahler
johnny@ontimeplumbingpro.com
Scott Lehr
lehr007@gmail.com

Brian Feil
bfeil@feil.com
Jonscot Dowland
office@callawayview.com
Scott Whipple
whip89@hotmail.com

Brian Henneberg
hennebergbrian@live.com
Jordan Justus Bain
jordan@healingboston.com
Sean Perich
sean_perich@comcast.net

Brian Lake
bpjmlake@frontiernet.net
Jordan Thomas Johnson
jjohnson5379@gmail.com
Sebastian Barreneche
sebastian@wehostgroup.com

Brian Lodel
brian@thelodelgroup.com
JOSE GARCIA
bailbyjosegarcia@gmail.com
Sébastien Biache
moonbowecom@gmail.com

Brian Ricks
bhricks@gmail.com
Jose Manuel Bartolini
mannybartolini@agencyminder.com
Sergio Nogueira

Brian Rose
brianmrose@outlook.com
Jose Rodriguez
joseangelrodriguezf@gmail.com
Serina Sonntag
thesonntagfamily5@gmail.com

Brian Singer
bsinger1212@gmail.com
Jose Trejos
josetrejos1@gmail.com
Seth Brookman
sbrookman@ashergroup.co

Brian Taveras
brian.taveras23@gmail.com
Joseph Banawa
josephbanawa@gmail.com
Shadi Haddad
shadihaddad9999@gmail.co

Brian William Kapprel
bkapprel@gmail.com
Joseph Bevack
joeb1011@att.net
Shane Graham
sgraham.company33@gmail.com

Brian Zornig
bzornig@bpzengineering.com
Joseph Connellan
crescentpartners207@gmail.com
Shannon Dabel
determinado.llc@gmail.com

Brianna Cloete
mrcloete@gmail.com
Joseph E Dietrich
metalrep1@comcast.net
Shannon Skains
olarisenterprises@gmail.com

Bruce Brandon
bruce@wtvsupply.com
Joseph Jarrett
josephjarrett@hotmail.com
Shannon Winkler
shannon.winkler@ymail.com

Bryan Dolan
bdolan@escapecompanies.com
Josephine Petriello
gsj3josephine@gmail.com
Sharone Davidi
sharonedavidi@yahoo.com

Bryan Johnson
bryanj37@gmail.com
Josh Hinger
hingerbjj@gmail.com
Shaun Michael Baker
shaunmichaelbaker@gmail.co

Bryan Norlien
bnorlien@gmail.com
Josh Wean
joshmw1977@gmail.com
Shaun Williams
T1Ventures@yahoo.com

Bryan Oberg
bryan@obergfarms.com
Joshua Freeman
joshuafreeman421@gmail.com
Sheira Leavitt
sheiraleavitt@gmail.com

Buddy Furqueron
budfurq@aol.com
Joshua Greeson
jzgreeson@gmail.com
Sheldon Anthony Chatman
sheldonchatman@yahoo.com

Caleb Cunningham
calecunningham@att.net
Joshua Kackos
josh.kackos@kastcapitalinc.com
Shibu Anthony Thomas
shibuthomas11@protonmail.com

Caleb Sechler
calebsechler@icloud.com
Joshua Mathews
nextedgetraders@gmail.com
Silvana Padron
agpadron@ymail.com

Callie Kohaut
a260z@hotmail.com
Juan Carlos Javier Antigua
juan@jhandcompanies.com
Solitude/ Nick & Dale Group
whimpey25@yahoo.com

Cameron Ellis
mr.roony@gmail.com
Judd Arnold
keyecomllc@yahoo.com
Spencer Bacon
spencer.h.bacon@gmail.com

Caren Knight
troyknight1956@gmail.com
Julie Martin
southsidesupply208@gmail.com
Spencer Hastings
spencerhastingsasc@gmail.com

Carl Cini
cinisolutionsllc@gmail.com
Julio Valdivia
juliov@acentus365.com
Sreenivas Challa
challasri69@gmail.com

Carl David Tripp
ctripp@aol.com
Junior Dikousman
ecommsfinestllc@gmail.com
Stacy Chevalier
stacy.chevalier@gmail.com

CARLO MICHAEL RUBIN DOYLE
cado16@yahoo.com
Justin De Wet
jdas97@hotmail.com
Stacy Kalokitis
skalokitis@gmail.com

Carlos Basauri Coto
cbcoto@gmail.com
Justin Fincher
3KRoyalLLC@gmail.com
Stela T Ivanova
inofyllc@gmail.com

Carrie Lyn Dykens
carrielyn76@hotmail.com
Justin Hoyt
kheldar18@gmail.com
Stephen Hilbert
mystrategiccapital@gmail.com

Casey Wood
helioscommercellc@gmail.com
Justin Klipp
Justin.klipp2@gmail.com
Stephen Kingsley
stephenfkingsley@gmail.com

CATHERINE BURNS
kate@theburnsinvestmentgroup.com
Justin M Shaw
fuffulfillment@gmail.com
Stephen Philip Hoeck Jr

Chad E Speegle
chad.speegle@gmail.com
Justin Valentine
jkvalentine@gmail.com
Stephen Quinlan
squinlanjr107@gmail.com

Chad Glover
chadaglover07@gmail.com
Kai Abrahams
abrahams2kai@yahoo.com
Stephen Simmons
simmons78@yahoo.com

Chad Knudson
knudsondistribution@gmail.com
Kareem Rashid
kareemrashid505@gmail.com

Chad Vetter
cwvetter@gmail.com
Karl Neil Daniels II
karldaniels2@yahoo.com
Steve Smith
amzstore201@gmail.com

Charles Coleman
chuckeaza@yahoo.com
Kathryn Vatsula
kathrynvatsula@gmail.com
Steven A Miller
anthony@allspiration.com

Charles David Ford
chuckford600@gmail.com
Kay Oder
kdoder@gmail.com
Steven Jerz
jerzandco@gmail.com

Charles Dean
charles.russel.dean@gmail.com
Kazi Rahman
kazi.s.rahman@gmail.com
Steven Nguyen
stevenbroker@outlook.com

Chelsea Heitzig
chelsea.heitzig@gmail.com
Keara Harris
kearaharr@gmail.com
STUART FELDMAN
stuartdo@mac.com

Cheryl Ann Robello
Mcinter808@gmail.com
Keith Alte
k_alte@yahoo.com
Sunwook Jin
sunwookjin@gmail.com

Chesheng Lin
davidlin0925@yahoo.com
Keith Henderson
keith@leap.net
Surya Tejaswi Kankatala
kaushik.srinivasa@gmail.com

Chris Bezile
cjpartners.azllc@gmail.com
Kelly Kennedy Ahmed
ahmedventuresllc@gmail.com
Syed atif Iqbal
xkeithiqx@gmail.com

Chris Vignone
cjvignone@gmail.com
Kelsi Rice
moomoneyllc@gmail.com
Talmage Homer
talmage1987@yahoo.com

Christian Iordanou
christian@cimiunlimited.com
Ken Mui
kenmui2502@hotmail.com
Tanner Tobey
tanner.tobey@gmail.com

CHRISTOPHER ASHE
christopher.ashe@gmail.com
Kendall Rosemeyer
4RosyLLC@gmail.com
Terry Schmidt
terry@optiononellc.com

Christopher Fisher
fisherneil22@gmail.com
Kenneth Lanier
lanierkjr@gmail.com
Thi Mai Hang Nguyen
hangtrieu1982123@gmail.c

Christopher Klaus
chris_klaus88@hotmail.com
Kevin Gore
kdgbkd@gmail.com
Thomas ADIL Shunia
tomshunia@gmail.com

Christopher Lee Kaelin
leekaelin1@gmail.com
Kevin Grant Strong
dmtfacct@gmail.com
THOMAS Einhorn
tgunz27@hotmail.com

Christopher McDonald
christophergmcdonald004@gmail.com
Kevin Headrick
intraimexllc@gmail.com
Thomas Elleboe

Christopher Michael McSweeney
mccheeney@gmail.com
Kevin McCoun
kevin.mccoun@gmail.com
Thomas Matthews Jr.
clbanks04@gmail.com

Christopher Nickel
c.nickel403@gmail.com
Kevin Paul Rodriguez
krodriguez.rsk2@gmail.com
Thomas Richardson Clark
gen.account@comcast.net

Cindy Limketkai
cindyglim@gmail.com
Kevin Schrantz
info@epicbc.online
Thorin Harman
oakenshieldecommerce@gm

Clifton Bass
blackjr4@yahoo.com
Kim Harris
kharris481@gmail.com
Timothy Brown
tim@brownsdigitalmarketing.co

Clinton Sharber
clintonsharber@gmail.com
Kirk Williams
kirk@sierrahomegoods.com
TIMOTHY CLAY HALL JR
3hpropertiesmi@gmail.com

Colt Nelms
pckstallionllc@gmail.com
Klayton Kopecky
klayton.kopecky@gmail.com
Timothy Parker

Colton Robison
coltonrobison_94@hotmail.com
Kolawole Ayodele
kolaayodele@yahoo.com
Timothy Ryan O'Neal
tryanoneal@hotmail.com

Craig James Sjostrom
james@sjostromstrong.net
Krista Davis
kristadavis@gmail.com
Timothy Wentink
timothywentink@gmail.com

Craig Stokes
craigrstokes@gmail.com
Kujtim Ibraimi
ibraimi@msn.com
TJ Faison
lioneszinvestments@gmail.

Craig TerBeek
craigterbeek@gmail.com
Kuoching Ngu
kuoching.ngu@gmail.com
Tom Shelley
tom@labbrands.co

Curtis Garner
cbpdoc@comcast.net
Kurt Andreason
eyelighter1@gmail.com
Tony Nguyen
tony.nguyen248@gmail.com

Curtis Nelson
copperpointdevelopment@
gmail.com
Kyle Reynolds
kylelreynolds@gmail.com
Tony Saltaformaggio

Dahel Jose Acosta
djacosta01@gmail.com
Lance Morgan
MorganEcomllc@outlook.com
Tracy Yamamoto
xtracy25x@yahoo.com

Dan Augustine
augustined@cintas.com
Larry Dale Pitcock Jr
jrpitcock7@gmail.com
Travis A Kimball
tkimball@fsicorp.net

Dan Mahoney
danmahoneyjr@gmail.com
Laurie Nunez
luis.nunez1116@yahoo.co
m
TRAVIS BEACH

Dane Hopkins
mdhopkins40@gmail.com
Lawrence Baruffi
jude.hill13@gmail.com
Travis Cole
traviscole@marcos.com

Dangkhoa Nguyen
dangkhoan01@yahoo.com
Lawrence Gilbert
lgilbert@proformaelement3.com
Travis Tausch
Paxton.FBA.LLC@gmail.com

Daniel Anderson
amlvamazon@gmail.com
Lawrence Singer
larry@capitalrei.com
Trent Gregory Braden
tbraden@braden.group

Daniel Constain
danconstain@me.com
Lawrence Speed
lwspeed9991@bigwmssurplus.co
m
TRENTON BEAMS

Daniel Feurtado
daniel@feurtadoenterprises.com
Lawson Shelton
lawsonshelton@gmail.com
Trevor Zubeck
triplezventuresllc@gmail.com

Daniel Fishel
dlwfstore@gmail.com
Lee Boozer
leeboozer@gmail.com
Ty J Windhorst
tim@hhlnorthwest.com

Daniel G. Cattaneo
cattman530@gmail.com
Lee Robinson
celrobinson@outlook.com
Tyler Brown
jtbrown1287@gmail.com

Daniel Green
dan@builtblackbriar.com
Lee Walsh
leewalshcpa@gmail.com
Tyler Miller
tyler@foundationstoneadvisors.com

Daniel James Whittaker
dansflooring@msn.com;
d.b.whittaker@msn.com
Lindon Smith
lindonpsmith@gmail.com
Tyler Weiland

Daniel Loeb
daniel.r.loeb@gmail.com
Lisa Marie Rodino
lisa@rodino.net
Uriah Daniel Meyers
uriah.meyers@yahoo.com

Daniel Scott Worrell
dan@calsierrafence.com
LONNIE STAHL
lonnielee25@yahoo.com
Vadim Jelihovschi
jelihovschi@gmail.com

Daniel Somerville
dsomerville86@gmail.com
Loren Graves iii
largravesiii@gmail.com
Vero Angelo
veroangelo0428@gmail.co

Danilo Dos Santos
kilonovasales@gmail.com
Loren Lawton
Loren.lawton@gmail.com
Veronica Acosta
acostavl@yahoo.com

Danny Merrell
saltwaterpirate50@gmail.com
Lori McCallian
lorirmccallian@gmail.com
Veronique Laurence Marie Fuseau
verofu@hotmail.fr

Darien Bodenhorst
info@theridgeasheville.co
m
Lori Roberts
lori.roberts.b.happy@gmail
.com

Darren Harvey
lkhcommercellc@gmail.com
Lorraine Castellini
rickcastellini@comcast.net
Victor C Archie
victor.archie@hotmail.com

Darryl Sobering
dsobering16@gmail.com
Lucas Binter
binterl@countermail.com
Victor Truong
victorysalesllc611@gmail.com

David Bassiri
bassiridavid@gmail.com
Lucas Woolhouse
suprightrender@gmail.com
VICTORIA H PHILIPS
VHPhilips624@gmail.com

David Brasseur
bbds@noos.fr
Ludovic Raymond
ludovic_raymond@hotmail.com
Vikram Thakare
vikthakare@gmail.com

David Bruington
dlbholdingsncllc@gmail.com
Luis Joel Vargas Sanchez
vargas_lui@yahoo.com
Vincent Cunningham
Dmc.itptb@yahoo.com

David Elliott
elliotthomes@gmail.com
Maikel Pinedo
maikelbarber@gmail.com
Vincent Ghionni
vghionni@gmail.com

David K Schmid
dschmid@davidkschmid.com
Mani Subramanian
manim.erp@gmail.com
Vinicius Soares Almeida
vsoaresalmeida@gmail.com

David McCollum Jr.
dave@dsepdx.com
Mario Charles Nicolaou
mario_nicolaou@yahoo.com
Virginia B Correa
pcorrea908@gmail.com

David Rankin
mdplastics@yahoo.com
Mario Giovanni Rodriguez
brightfortllc@gmail.com
Vivian Patao
vpatao55@gmail.com

David Shane Leavell
shane@rlcraigco.com
Mario Lamoureux
mario.lamoureux9@gmail.com
Wade Fieber
wadefieber@hotmail.com

Davis Tiburzi
Ecomexpressllc987@gmail.com
Mark Andrew Trewitt
mat@ifsgllc.com
Walnisha Camilus
cami34142@gmail.com

Dean Filandrinos
dfilandrinos@yahoo.com
Mark De la Vega
markfdlv@gmail.com
Watson Camilus
messanger56@gmail.com

Dean Hildahl
dean.hildahl@floridawomancare
.com
MARK EDWARD SIKTBERG
mjsiktberg@yahoo.com
Wayne Moses Menchaca

Dennis Shy
floridashysllc@gmail.com
Mark Fritz
markandrewfritz@yahoo.com
Will Duke
willduke11@gmail.com

Dennis Work
cheesehd01@gmail.com
Mark Kalokitis
mrastrategiesllc@gmail.co
m
William A Prada

Derek Ball
dereknelsonball@gmail.com
Mark Negley
negley.marky@gmail.com
William Cochran
wcochran714@gmail.com

Derek Brehm
dbrehm1980@gmail.com
Mark Newgent
marknewgent1@gmail.com
William Criss
billcriss63@gmail.com

Derek Hanson
dhh2digital@gmail.com
Mark Rogers
markrogers85212@gmail.c
om
WILLIAM EDWARD

Devdat Uttamchand
Maheshwari
devdat321@aol.com
Mark Stewart
markstewart27@gmail.com
William Eugene Browning III

Dexter Lee
dexleeit@gmail.com
Mark Stripp
mcgcbrands@gmail.com
William John Taylor IV
bill.taylor@fortisbrands.com

Dinesh Shankar
kdineshus2002@gmail.co
m
Mark Thomas Livingston
mtlivi@yahoo.com
William Rivers

DJ Rossi
adramazonsales@gmail.com
Marshall Frank Smith
msmith0617@yahoo.com
William Rush Jr
rushgoodsllc@gmail.com

Dominick Davi
domdavi1975@gmail.com
Martin Ray Vertefeuille
marty_v06@yahoo.com
Yilong Huang
yiecom1992@gmail.com

Dorian Haley
dorianhaley1992@gmail.co
m
Maryan Mikhael
maryan198mikey@gmail.c
om

Douglas Shaffer
doug@shaffer.net
Mason Mayhew
mason@mckayenergy.com
Zachary Weintraub
zew988@gmail.com

Drew Miller
dmiller@choiceadmin.com
Matias Medrano
matiasmed@yahoo.com
John Chiorazzo and 8869 Enterprises LLC
8869enterprises@gmail.com

Edgar Guedez
guedizmo@hotmail.com
Matt Davis
matt@wisetrend.com
Jose Aguirre and Happy
Feet Clean LLC

Edik Passmore
detskiiled@gmail.com
Matt Mracek
silveroaks.fl@gmail.com
Curtis Barrett and Manitou
Service LLC

Edward Collins
8361039@gmail.com
Matthew Carl Wolf
ARCHAMenterprisesllc@gmail.com
Hayley Kennedy and Paved in Time LLC
hjkennedy49@gmail.com

Edward Regener
eliteecomservices1@gmail.
com
Matthew Hefner
mattwhefner@gmail.com
Joana Hajdari and Essential

Edward Reznik
ereznik@myteammarketing.com
Matthew Smith
mkprop2008@gmail.com
Jose Aguirre and Happy Feet
Clean LLC

Eehab Kenawy
ekenawymd@gmail.com
Max Katz
katz.max@gmail.com
Jennifer Pollak and Korbinics Inc.
jenpollak@gmail.com

Ellis Chandler
ellis@ekcws.com
Melissa Dawn Bethea
timbethea@gmail.com
Paul Dayton Johnson Jr.
and

Elmar Aslami
elmar_aslami@yahoo.com
Michael Anthony Valencia
mtindustries23@gmail.com
Ramsha Hameed and FBA LLC
ramsha415@yahoo.com

Elza Tecero
elza.franco21@gmail.com
Michael Bean
mike_bean1@yahoo.com
Trent Gregory Braden and Cyclone
tbraden@braden.group

Emmanuel Patalinghug
Emmanuel.patalinghug@y
mail.com
Michael Budicak
budainc3@gmail.com
Brian DeVinney and

Eric Field
fieldel44+ecom@gmail.com
Michael Carr
mhc.business@gmail.com
Francis Riley and Friely LLC
francisriley@hotmail.com

Eric Hern
eric@66stllc.com
Michael DeBat
mwdebat@gmail.com
Jeffrey Kuk, Gina DeFrancisco,
akesselman@nasonyeager.com

Eric Jones
erasjk@sbcglobal.net
Michael Delaney
dominiquedelaney@yahoo.com
Toni Murray

Eric Weems
eweems81@gmail.com
Michael Doweidt
mdoweidt@gmail.com
Sean Driskill and Kevin Driskill
Jcareaga@cuetolawgroup.com

Eugene Muki Mbanya
fombaninvllc@gmail.com
Michael Drazan
draz0011@gmail.com
Jonathan Clark
Jcareaga@cuetolawgroup.com

Faran Farooqi
faranfarooqi@gmail.com
Michael Ewing
lawrence@em50ventures.com
Omar Campos c/o Alfonso

Felix Luis Pacheco
felix@felixpacheco.com
Michael Hutchings
mike@carvia.rent
Amazon.com Services, LLC
laurenrainwater@dwt.com

Forrest Wellington Vinson
forrestvinson@yahoo.com
Michael Karr
mjk10llc@gmail.com
CORPORATION SERVICE COMPANY AS
REPRESENTATIVE

Francesco Sperduto
fsperduto90@gmail.com
Michael Lee Williams Jr
williamslee179@gmail.com
Steve Buchanan

Franchisca Angelina Rinaldi
Frinaldi.222@gmail.com
Michael Meylor
RFEmporium@outlook.com
Christopher Anastasia
christopher_anastasia2307@yah

Francis E Banares
franco@fcarcapital.com
Michael Miklaus
dane.miklaus@gmail.com
Hobe Sales and Marketing
pgvinvestors@gmail.com

Frank Kelley
FKholdingsv@gmail.com
Michael Moawad
michael_seleem@yahoo.com
Winkler Enterprises, LLC

Frank Pascale
frank@png-llc.com
Michael Phillips
affordableproducts222@gmail.com
Web2Door LLC - Sam Lacaria

Fred Auzenne
auzenne1@gmail.com
Michael Relyea
332enterprises@gmail.com
Wayne Thompson
thompson.wayne.r@gmail.com

Gene Joseph Lechner
opportune4good@gmail.com
Michael Roberds
roberdsm@comcast.net
Jon J Avery

George Saied
eazypeazygs@gmail.com
Michael Strasner
michael.strasner@gmail.com
Nick Cluff
whimpey25@yahoo.com

Gerald Raddatz
gerald.raddatz@gmail.com
Michael Timothy Tinnes
tinnes33@hotmail.com
Geoffrey Paul Doucette - Healthy Journey, Inc.
geoff1277@yahoo.com

Gerald Troy Whitehead
gtroyw@gmail.com
Michael Todd
mtbalake@gmail.com
Hunter Hudson
hunterkhudson@gmail.com

Gilbert Uy
gilbertuy13@gmail.com
Michael Trapp
btrapp1978@gmail.com
Richard Global Ventures
david@dbrlaw.com

Giovanni Franklin
giofranklin33@gmail.com
Michele Brandt
shelleybrandt71@gmail.com
Derek Denheyer
ddenheyer@me.com

Glenis Acosta Jimenez
smartadviceservice@gmail.com
Michele Cerrutti
michelecerrutti@gmail.com

Graeme Lee
lee.graeme@yahoo.com
Mickey Northcutt
mickey@vidalibregroup.com
Gabriel One Ventures LLC
gabrieloneventures@gmail.com

Grant Donoho
validus.capital.inc@gmail.com
Mike VanPamel
marketpalooza@gmail.com
Michael Berens
mberens@gmail.com

Greg Furman
gjfurman@gmail.com
Mikele Glaspie
mikele.glaspie@gmail.com
Larry D West / M&L
Mercantile

Greg Prehm
gprehm@gmail.com
Mildred Raquel Garzon Goya
wcolonrivera04@gmail.com
Vincent Garcia
vinnygarcia1@yahoo.com

Greg Sanders
gysgtsanders@gmail.com
Mohamed Elmeliegy
mohamed.a.elmeliegy@gmail.com
Luis Rios
luisalfredorios@hotmail.com

Gregory Berenato
ggberenato@protonmail.com
Mohammad Uddin
mazaduddin79@gmail.com
James Kennedy

Gregory Fortino
gsfortino26@gmail.com
Mouhcine Frissa
mouhcine_393@icloud.com
Herri Ansquer
t.ansquer@hotmail.fr

Gregory Randall
CEO@AMQVenturesInc.com
Nathalie Ohana
nathalieohana@hotmail.com
Brian Devinney and DeVine Commerce, LLC
bdevinney@gmail.com; alicia7132@gmail.com

Gregory Todd Campbell
texastodd2@gmail.com
Nathan Foeller
foeller32@gmail.com
Alon Cohen
alon_dalia@yahoo.com

Grover Cleveland Edwards IV
Edwards14cee@gmail.com
Nathan Manning
nathanmmanning@gmail.com
Matt Hoover (SC Haircuts LLC)
matthew.hoover1@gmail.com

Herbert Louis Speer
herbert.speer@gmail.com
Nicholas D Smith
traffordcompanies@gmail.com
Dennis Eyler
deyler1@yahoo.com

Ibrahim Abusway
majnun.deals@gmail.com
Nicholas Richardson
narichardson12@gmail.com
CHRISTOPHER LUKE
CHRISLUKERATIVE@GMAI

Jack Fauquier
jack@fromthegroundup.com
Nicole Campos
bellanicole7777@yahoo.com
Jackie Million
jackiemillion@gmail.com

Jacob Ray West
jacob@westlegacy.com
Oakland Barlow
oaklandbarlow@icloud.com
Dan Grosh
dan@groshassociates.com

Jacqueline Isabel Nanney
kjninvestllc@gmail.com
Paolo Montini
pmontini13@gmail.com
Karen Ruch - Legagrummy,
LLC

James Benham (father)
jfb@benhambuilders.com
Patrick Ryan Carroll
pcarrollphx@gmail.com
Shyam Mallesh
shyam.mallesh@gmail.com

James Buchanan
buchanan.steve7@gmail.com
Paul Dayton Johnson Jr
jjjohnson2001@gmail.com
Patrick Franzel
franzelp@gmail.com>

James J Knoll
jj@6jinvestments.com;tayler@ti
bbittslaw.us
Paul Wroniuk
wroniuk@gmail.com
Jordan Martinson

I 2 IT, LLC/BWS ECOM
pshapiro@shapirolawpa.com
L and F ECommerce LLC
john.cross@crosscocpa.com
Bryan J. Barbre
bryan@sagehillsco.com

Halim Hamidullah
handn2170@gmail.com
Neil Habib
StBoctor@gmail.com
George Meisel - Dream Shapers LLC
g.m.meisel@gmail.com

Hernan Picalomino
makeithappenmarketplace@gmail.com
Nicholas De Pompa
nick.lsinvestments@gmail.com
Carlos Sierraalta
sierraaltastephanie@gmail.com

Isabelle BALAGUE
aurumpietra@yahoo.com
Nick Lancia
nalancia@gmail.com
Ilyssa S Grant & David M Iava
info@skypaymentsgroup.com

Jack Guerra Jr
Web2door24@gmail.com
Nicole Hartung
rescuenyc@gmail.com
Bradley Phillips
Bradp423@msn.com

Jeffry Jontz
jjontz@fishbacklaw.com
Pamela Chaston
pamelachaston@yahoo.com
Jason Pandak / PRLX Group
jp5@jasonpandak.com

Jairus Lukose
jyro107@yahoo.com
Pat Fowler
gpmfowler@gmail.com
Michael Cuccolo
mcuccolo@sbrholding.com

James Benham (son)
jimmybenham@sightlinesteeldoors.com
Paul Baldasaro
pbaldasaro21@me.com

James DeLong
jim.delong.jd@gmail.com
Paul Stachiewicz
pstack11@gmail.com
Kathy Graff
katlgraff@yahoo.com

TJ English
thetjenglish@gmail.com
Natasha Martinson
jordan.martinson34@gmail.com
Lisa Knudson DBA Prime Commerce 4, LLC
lisa_knudson@hotmail.com

Mark Groeneweg
mgroen22@gmail.com
Travis Collins
tjcollins12@gmail.com
AGC Ecomm LLC
pablo@agcman.com

Henry Stewart
staypositive01@gmail.com
Neil Southerington
revassoc@proton.me
Jordan Krenek
jordankrenek@gmail.com

Ian Lacasse
ianslittlestore@gmail.com
Nicholas Reeder
reederschp@gmail.com
Trendy Solutions, LLC -
Phillip R. Miller

Ivan Ramirez
ivan2mile@gmail.com
Nick Zucchero
nickzucchero@njzinvestme
ntgroup.net
Nicole Holcomb

Jacob Anderson
kingofthejs@gmail.com
Nicole Jaeger
nmjaeger831@yahoo.com
Nader Obeid
nobeid14@gmail.com

Jacob Ryvkin
jacobryvkin@gmail.com
Pamela Lynn Mceleny
dmceleny@gmail.com
Garrett Bean for Consumer
Warehouse LLC

Jamaica Yarbrough
digitalsprout1@gmail.com
Pat Gibson
epp@tusco.net
Brandon Ramistella Rivers
riversllc@protonmail.com

James Bolger
jjbolger1@gmail.com
Paul Davi
machinerysalesllc5954@g
mail.com
A & B Elite Home Escapes

James DelVecchio
jdelvek@gmail.com
Paul Tae
pault@mortgagepremier.co
m
Reed Alan Pryor

St. Doctor/St. Boctor
stboctor@gmail.com
MICHAEL WAYNE
NOEL
mikewnoel@icloud.com
Emmanuel Delly

Grace Victoria
gvictoria001@icloud.com
Julian David Hernandez
Navarro
julianhernandez.0994@gm
ail.com

Vinnicius AndradeVinnieAndrade@gmail.com
VinnieAndrade@gmail.com
Gene Costa
nblcosta@ymail.com
CBC GLOBAL LLC

Ryan Kays
OtisAndToes@gmail.com
Ello LLC
charlesmhylan@gmail.com
Pablo Smiraglia
pablo@agcman.com

Travis Lynch
Travislynch1516@gmail.com